D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ERIN VAN DENBURGH,

Plaintiff,

v.

1:24-CV-989
(MAD/DJS)

NEW YORK STATE DIVISION OF HOMELAND SECURITY AND EMERGENCY SERVICES, *et al.*,

Defendants.

J

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| OFFICE OF DANIELA NANAU, P.C.<br>*Attorney for Plaintiff*<br>89-03 Rutledge Avenue<br>Glendale, New York 11385 | DANIELA E. NANAU, ESQ. |
| HARDING MAZZOTTI, LLP<br>*Attorney for Plaintiff*<br>P.O. Box 15141<br>1 Wall Street<br>Albany, New York 12212-5141 | KELLY A. MAGNUSON, ESQ. |
| NEW YORK STATE ATTORNEY GENERAL<br>*Attorney for Defendants*<br>The Capitol<br>Albany, New York 12224 | BRITTANY M. HANER, ESQ. |

S

**DANIEL J. STEWART**
**United States Magistrate Judge**

**ORDER**

Following concerns raised by Plaintiff's counsel regarding the breadth of Defendants' privilege log, *see*, *e.g.*, Dkt. No, 77-12, the Court directed Defendants'

counsel to provide a copy of the privilege log and withheld documents for an *in camera* review. Having completed that review, the Court notes that the withheld documents were properly withheld pursuant to the asserted privileges, and that many of the documents are, in any event, not proportionally relevant to the issues in this litigation. The Court notes, however, that two documents, an employee handbook for the Division of Homeland Security and Emergency Services and a State of New York Employee Rights and Responsibilities Handbook, were withheld as part of a broader collection of documents. It would not appear that these documents are privileged and the Court, therefore, directs that they be produced to Plaintiff within ten (10) days of this Order, if they have not yet been produced.

**IT IS SO ORDERED.**

Dated: October 29, 2026
Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge